| | | | |
|---|---|---|---|
| Diehl v. Cutler Group | 2302 EDA 2015<br>Affirmed | 07/18/2016 | 2010–08568<br>(Chester) |
| In re Estate of Hersh; Appeal of Veronikis | 2616 EDA 2015<br>Affirmed | 07/18/2016 | 2009–102<br>(Lehigh) |
| Com. v. Anderson | 372 MDA 2015<br>Affirmed | 07/18/2016 | CP–22–CR–0003367–2013<br>(Dauphhin) |
| Com. v. Welshans | 1765 MDA 2015<br>Affirmed | 07/18/2016 | CP–18–CR–0000309–2014<br>CP–18–CR–0000322–2014<br>CP–18–CR–0000522–2014<br>(Clinton) |
| Com. v. Vidmosko [28] | 2231 MDA 2015<br>Affirmed | 07/18/2016 | CP–35–CR–0002279–2009<br>(Lackawanna) |
| Com. v. Green | 1670 WDA 2014<br>Affirmed | 07/18/2016 | CP–02–CR–0008379–2013<br>(Allegheny) |
| Com. v. Kinder | 261 WDA 2015<br>Affirmed | 07/18/2016 | CP–63–CR–0001315–2014<br>(Washington) |
| In the Interest of D.G.; Appeal of D.G. | 282 WDA 2015<br>Affirmed | 07/18/2016 | JID No. 72060–B<br>(Allegheny) |
| Yingling v. Myers | 847 WDA 2015<br>Affirmed | 07/18/2016 | No. 2011–2081–CD<br>(Clearfield) |
| Com. v. Parrotte [29] | 1131 WDA 2015<br>Affirmed | 07/18/2016 | CP–02–CR–0003276–2012<br>(Allegheny) |
| Com. v. Willoughby | 1710 EDA 2015<br>Affirmed | 07/19/2016 | CP–51–CR–0014671–2010<br>(Philadelphia) |
| Com. v. Isaac | 1797 EDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 07/19/2016 | CP–15–CR–0002120–2007<br>(Chester) |
| Moore v. Gilligan [30] | 2903 EDA 2015<br>Affirmed | 07/19/2016 | 2013–8848<br>(Delaware) |
| Dudek v. Chester County Hospital | 3063 EDA 2015<br>Affirmed | 07/19/2016 | 2013–12455<br>(Chester) |
| Ebbert v. Mest | 3384 EDA 2015<br>Appeal<br>dismissed | 07/19/2016 | 2012 CV 4999<br>(Lehigh) |
| Com. v. Ocasio–Campbell | 3674 EDA 2015<br>Affirmed | 07/19/2016 | CP–15–CR–0003786–2007<br>(Chester) |

28. Petition for reargument denied September 06, 2016.
29. Petition for reargument denied September 27, 2016.
30. Petition for reargument denied September 19, 2016.